NO. 07-11-00433-CV
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL E
 
--------------------------------------------------------------------------------
OCTOBER 31, 2011
--------------------------------------------------------------------------------

 
 IN RE R. WAYNE JOHNSON, RELATOR
--------------------------------------------------------------------------------

Before CAMPBELL and HANCOCK, JJ. and BOYD, S.J.

 ON PETITION FOR WRIT OF MANDAMUS
 
Relator, R. Wayne Johnson, an indigent prison inmate proceeding pro se, seeks a writ of mandamus compelling respondent, the Honorable Edward L. Self, judge of the 242nd District Court of Castro County, to vacate an order dismissing a suit relator filed there, Johnson v. Cornelius. We will deny relator's petition.
Relator's request for relief is based wholly on the contention that the trial court lacked jurisdiction over the suit he filed there because mandatory venue lay in another county. Relator reasons that the trial court's dismissal order is therefore void. We addressed and rejected the same contention in relator's direct appeal of the dismissal order. Johnson v. Cornelius, No. 07-11-0091-CV, 2011 Tex. App. Lexis 7762 (Tex.App.--Amarillo Sept. 28, 2011, n.p.h.). Relator's current petition gives us no reason to reconsider the issue. The trial court did not lack jurisdiction, and its order dismissing relator's suit is not void. For that reason alone, relator's petition does not demonstrate an abuse of discretion by the trial court. See In re McAllen Medical Center Inc., 275 S.W.3d 458, 462 (Tex. 2008) (orig. proceeding) (relator must demonstrate clear abuse of discretion by trial court and no adequate remedy by appeal). Relator is not entitled to mandamus relief. His petition is denied.

 Per Curiam